## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 8, 2014

_____

### STATUS OF COUNSEL NOTICE
_____

No.  14-1923,   <u>Eastern Associated Coal v. DOWCP</u>
                13-0531 BLA

TO:   Arvis R. Toler

**STATUS OF COUNSEL DUE: September 18, 2014**

We note that you did not have counsel in the proceedings below.

Please complete and return the enclosed status of counsel form indicating whether you intend to participate in this appeal, either through counsel or by filing a brief on your own behalf.

If you do not respond to this notice by the due date shown, the court will set a formal briefing schedule.

Barbara H. Rowe, Deputy Clerk
804-916-2704

Copies:   Betty English
          Jeffrey Steven Goldberg
          Laura Metcoff Klaus
          Thomas O. Shepherd Jr.
          Arvis R. Toler

# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

_____

## STATUS OF COUNSEL FORM

_____

No. 14-1923,    <u>Eastern Associated Coal v. DOWCP</u>
                13-0531 BLA

I make the following election with respect to counsel for appeal (please check one):

1. [ ] I do not desire an attorney to represent me in the above case now pending in the United States Court of Appeals.

2. [ ] I have employed counsel to represent me in the above case now pending in the United States Court of Appeals. The attorney's name, address, and phone number are:

_____

_____

_____

3. [ ] I do not intend to participate in this appeal.

Date: _____

Signature: _____